UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOE LONG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE JAIME, Warden,<br><br>　　　　　Respondent. | Case No. 2:20-cv-01133-FMO-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is **dismissed without prejudice** to Petitioner filing a civil rights complaint raising the same claims for relief.

DATED: March 19, 2020　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE